AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>722 W. Southern Avenue, Phoenix, AZ 85041 and<br>6702 W. Indian School Road, Phoenix, AZ 85033. | Case No. 23-8151mB |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before ___4/26/23___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona.</u>

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___4-12-23  4:34 pm___          _____
                                                          *Judge's signature*

City and state: <u>Phoenix, Arizona</u>          <u>Honorable John Z. Boyle, U.S. Magistrate Judge</u>
                                                 *Printed name and title*

## ATTACHMENT A-1

*Property to be searched*

The property to be searched is a business located at 722 W Southern Avenue, Phoenix, AZ 85041, which is further described as a single-story liquor store building with a tan façade and in white lettering states "Paradise Liquor." Various liquor advertisements cover the windows at the front of the store. At the front of the parking lot is a tall tan sign that reads "Paradise - Western Union - LIQUOR - CHECKS CASHED" in red and orange lettering.



## ATTACHMENT A-2

*Property to be searched*

The property to be searched is a business located at 6702 W. Indian School Road, Phoenix, AZ 85033, which is further described as a two-story liquor store/gas station building with a red and tan facade and with large white text stating "DRIVE THRU." Across the front of the store are various liquor store advertisements. (Photograph 1 below.) Behind the building is a detached structure with a red facade and in large white text states "DRIVE THRU LIQUOR." (Photograph 2 below.)





## ATTACHMENT B

*Property to be seized*

1.      The following items to be seized relate to the violations listed below:

   a.  Title 26 U.S.C. § 7201: Attempt To Evade or Defeat Tax (Tax Evasion)

   b.  Title 26 U.S.C. § 7206(1): Fraud and False Statements (Filing A False Income Tax Return)

   c.  Title 18 U.S.C. § 371: Conspiracy to Defraud

2.      For the period January 1, 2017 through the present, documents, records, and items related to the business and personal financial transactions of Simon Isaac, Saliba Abusada, Suzanne Abusada, Nassim, Inc., Paradise Liquor, S.R. and S.S. of Arizona, Inc., One Stop Market & Service Center Nass Property LLC, Nass2 Property LLC, Nass 3 Property LLC.

3.      Documents reflecting expenses paid by the taxpayer, more particularly described as invoices, loan payments, loan modifications/principal reduction, bills, checks, general ledger(s), accounts payable, bank statements, credit card statements, receipts, wire transfers, cashier's checks, money orders, petty cash records, contracts, purchase orders, checkbooks, Forms 1099, and other records reflecting expenses in paper or electronic form.

4.      Correspondence and documents reflecting income/revenue received by the taxpayer more particularly described as invoices, bills, checks, general ledger(s), accounts receivable, bank statements, credit card statements, receipts, wire transfers, cashier's checks, money orders, petty cash records, contracts, purchase orders, checkbooks, and other records reflecting income/revenue in paper or electronic form.

5.      Correspondence and documents reflecting the taxpayer's personal expenditures including travel records such as copies of travel tickets, hotel bills, travel confirmation, and copies of payment items comprising evidence of expenditures and

liabilities in paper or electronic form.

6.      Calendars and correspondence showing the work and/or travel schedule of the taxpayer in paper or electronic form.

7.      Correspondence and documents reflecting expenses paid by the taxpayer with case in paper or electronic form.

8.      Correspondence and documents relating to loans involving the taxpayer including loan applications and statements, correspondence, personal financial statements, and any other loan documentation in paper or electronic form.

9.      Correspondence between the taxpayer and other individuals regarding expenses paid by the taxpayer. Correspondence with any tax return preparer relating to business and/or personal returns, and correspondence with any payroll service provider in paper or electronic form.

10.      Copies of tax returns (including drafts) for the taxpayers and related tax preparation files to include work papers, lists and/or spreadsheets of personal expenses paid by the taxpayer, schedules, receipts, and any other source documents comprising evidence of asset acquisition, expenditures, and sources of income in paper or electronic form.

11.      Originals or copies of federal and state income and sales tax returns, including tax forms, schedules, attachments, electronically filed tax returns and confirmations, tax worksheets, supporting documentation used in the preparation of tax returns, related correspondence, and other documents used in the creation and/or preparation of tax returns in paper or electronic form.

12.      Lists of individuals, employees, employers, Forms W-2, Forms 1099 or 1096, Employer Identification Numbers and dependents used for the preparation of tax returns and any related correspondence in paper or electronic form.

13.      All bank records, checks, credit card bills, account information (foreign and

2

domestic), and other financial records of the taxpayer; to include all purchases/expenses of personal items, services, assets, loans/credit, properties owned or controlled by the taxpayer, and any other items reflecting the personal finances of the taxpayer and any correspondence related to such (the word "properties" includes: any other unknown businesses, real estate, and assets) in paper or electronic form.

14.   Items of indicia for the business/residence.

15.   Bookkeeping records and other financial records including general ledger, general journals, all subsidiary ledgers and journals, gross receipts and income records, cash receipts and disbursement records and/or journals, sales and purchase records and/or journals, accounts receivable and payable ledgers and records, bad debt records, cost of goods sold records, loan receivable and payable ledgers, voucher register, and all sales and expense invoices including all invoices documenting expenses paid by cash (currency) or bank check (cashier or official checks) or money orders, and retained copies of any bank checks (cashier or official checks) or money orders.

16.   Checking and savings account records, including account signature cards, canceled checks, deposit slips, deposit receipts, passbooks, bank statements, debit and credit memos, wire transfer advices, related bank advices, Forms 1099 issued, cashiers' checks and money orders purchases, correspondence, other bank related transaction documents, and any and all documents related to personal and business accounts in any foreign or domestic financial institution. Record of any certificates of deposit, money market certificates, U.S. Treasury Notes or Bills purchased, and safe deposit boxes.

17.   Timesheets, schedules, workpapers, summaries or any other documentation related to payroll or payroll tax returns. Any documentation identifying employees.

18.   Loan records including applications, financial statements, loan collateral, credit and background investigations required, loan agreement, notes or mortgages,

3

settlement sheets, contracts, retained copies of checks issued for loans, repayment records, including records revealing the date, amount and method of repayment (cash or check), checks used to repay loans and a record disclosing the total amount of discount or interest paid annually, records of any liens, loan correspondence files and memoranda relative to these loans.

19.     Records and workpapers reflecting the purchase, basis and depreciable life of assets.  Records and workpapers of the sale of business assets such records disclosing the dates of purchase and sale, cost and sales price, records establishing or adjusting asset basis.

20.     All financial statements, bookkeeper's and/or accountant's workpapers used in the preparation of business records or tax returns.  Retained copies of all federal and state income, payroll and sales tax returns.  All correspondence from the return preparer or the Internal Revenue Service.

21.     Documents and records pertaining to the sale of real property.

22.     IRS publications; regulations and or copies of IRS forms and documents; and the Internal Revenue Code.

23.     Point of sale data files, all past and present versions of POS software, all supported and unsupported versions of the POS software, any and all encryption keys, license keys, product keys, activation keys, hardware keys, passwords, account login information and manuals.  POS data including archive and backup copies including client passwords and account login information, encryption keys and other solutions to security measures.

24.     Computers, cellular telephones, tablets, and other media storage devices, including Point of sale ("POS") systems, as well as thumb drives, CD-ROMs, DVDs, Blu Ray disks, memory cards, and SIM cards (hereafter referred to collectively as "electronic

4

storage media");

25. Records evidencing ownership or use of electronic storage media, including sales receipts, registration records, and records of payment;

26. Any records and information found within the digital contents of any electronic storage media seized from the Subject Premises, including:

    a. all information related to business sales, tax filings, modifications or falsifications thereof, property purchase or sales;

    b. all bank records, checks, credit card bills, account information, or other financial records;

    c. any information recording schedule or travel;

    d. evidence of who used, owned, or controlled the electronic storage media at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, correspondence, and phonebooks;

    e. evidence indicating how and when the electronic storage media were accessed or used to determine the chronological context of electronic storage media access, use, and events relating to crime under investigation and to the electronic storage media user;

    f. evidence indicating the electronic storage media user's state of mind as it relates to the crime under investigation;

    g. evidence of the attachment to an electronic storage medium of another storage device or similar container for electronic evidence;

    h. evidence of counter-forensic programs (and associated data) that are

5

designed to eliminate data from the electronic storage media;

i. evidence of the times the electronic storage media were used;

j. passwords, encryption keys, and other access devices that may be necessary to access the electronic storage media;

k. documentation and manuals that may be necessary to access the electronic storage media or to conduct a forensic examination of the electronic storage media;

l. records of or information about Internet Protocol addresses used by the electronic storage media;

m. records of or information about the electronic storage media's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any internet search engine, and records of user-typed web addresses;

n. contextual information necessary to understand the evidence described in this attachment.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as prints, slides, negatives, videotapes, motion pictures, or photocopies). This shall include records of telephone calls; names, telephone numbers, usernames, or other identifiers saved in address books, contacts lists and other directories; text messages and other stored communications; subscriber and device information; voicemails or other audio recordings; videos; photographs; e-mails; internet browsing history; calendars; to-do lists; contact information; mapping and GPS information; data from "apps," including stored communications;

6

reminders, alerts and notes; and any other information in the stored memory or accessed by the electronic features of the computer, electronic device, or other storage medium.

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

This warrant authorizes a review of records and information seized, copied or disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the IRS-CI may deliver a complete copy of the seized, copied, or disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.