| AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2) | | |
|---|---|---|
| **RETURN** | | |
| Case No.: 23-8151 MB | Date and Time Warrant Executed: 4/13/2023 8:15 AM | Copy of warrant and inventory left with: At Warrant site on tasting table (A-1) Saliba Abusada (A-2) |
| Inventory Made in the Presence of: Conrad Becker (A-1) Justin Owens (A-2) | | |
| Inventory of the property taken and name of any person(s) seized: See Attached Inventory ———  AF 4/14/2023 | | |

**CERTIFICATION**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/14/2023

_Executing officer's signature_

Angelo Fallacaro, IRS-CI - Special Agent
_Printed name and title_

# Inventory Listing of Warrant Items Seized at Search Warrant Site

**Site Name:**
722 W. Southern Avenue
Phoenix AZ 85041
Paradise Liquor

**Investigation Number:**
1000319397
**Starting Date and Time:**
04/13/2023 08:23 AM
**Ending Date and Time:**
04/13/2023 05:05 PM

**Report Date:**
Thursday, April 13, 2023

| | | | |
|---|---|---|---|
| **Control #:** | 1 | **Evidence Box:** | 0 |
| **Location:** | Store Area | **Locator Code:** | A |
| **Found:** | On top of desk | | |
| **Description:** | Seized Per Warrant | Documents related to expenses by business receipts, asset information, contracts and vendor information | |

| | | | |
|---|---|---|---|
| **Control #:** | 2 | **Evidence Box:** | 1 |
| **Location:** | Bay Storage | **Locator Code:** | J |
| **Found:** | Storage above office | | |
| **Description:** | Seized Per Warrant | Business Receipts - Uber Eats | |

| | | | |
|---|---|---|---|
| **Control #:** | 3 | **Evidence Box:** | 1 |
| **Location:** | Bay Storage | **Locator Code:** | J |
| **Found:** | In box next to printer | | |
| **Description:** | Seized Per Warrant | Business Receipts - Uber Eats | |

| | | | |
|---|---|---|---|
| **Control #:** | 4 | **Evidence Box:** | |
| **Location:** | Bay Storage | **Locator Code:** | J |
| **Found:** | Storage above office | | |
| **Description:** | Seized Per Warrant | Business Records - Cash, Checks, Invoice Receipts | |

| | | | |
|---|---|---|---|
| **Control #:** | 5 | **Evidence Box:** | 1 |
| **Location:** | Storage 2 | **Locator Code:** | H |
| **Found:** | Storage under computer desk | | |
| **Description:** | Seized Per Warrant | Invoices of Alcohol | |

| | | | |
|---|---|---|---|
| **Control #:** | 6 | **Evidence Box:** | 1 |
| **Location:** | Office 1 | **Locator Code:** | C |
| **Found:** | Black filing cabinet - top drawer labled A-B | | |
| **Description:** | Seized Per Warrant | Folders and Documents - Invoices and Expenses | |

| | | | |
|---|---|---|---|
| **Control #:** | 7 | **Evidence Box:** | 1 |
| **Location:** | Office 1 | **Locator Code:** | C |
| **Found:** | Filing cabinet - Drawer G-K | | |
| **Description:** | Seized Per Warrant | Invoices, Receipts | |

| Control #: | 8 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | C |
| Found: | Black filing cabinet – Drawer labled C | | |
| Description: | Seized Per Warrant   Financial Records, Real Estate Purchase Documents | | |

| Control #: | 9 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | C |
| Found: | Black filing cabinet - Drawer C | | |
| Description: | Seized Per Warrant   Deposit Records, Tax Documents, Real Estate Purchase Doc, Bank Records, Insurance Info | | |

| Control #: | 10 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | C |
| Found: | Safe | | |
| Description: | Seized Per Warrant   Ledger, Receipt Reports | | |

| Control #: | 11 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | C |
| Found: | Safe | | |
| Description: | Seized Per Warrant   Employee Records, Receipt Reports/Ledgers | | |

| Control #: | 12 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | C |
| Found: | Safe - Lower left shelves | | |
| Description: | Seized Per Warrant   Daily POS Reports - 2021-2023 | | |

| Control #: | 13 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | C |
| Found: | Black filing cabinet - 2nd drawer from bottom | | |
| Description: | Seized Per Warrant   Tax Docs, Warehouse Construction (8/2020) Docs | | |

| Control #: | 14 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | C |
| Found: | 5th drawer from top | | |
| Description: | Seized Per Warrant   Invoices | | |

| Control #: | 15 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | C |
| Found: | Interior Door-Hanging Basket | | |
| Description: | Seized Per Warrant   Invoices, Merchant Processing Info, Business Expense - Insurance | | |

| Control #: | 16 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | C |
| Found: | 6th Plastic drawer from top | | |
| Description: | Seized Per Warrant   Invoices | | |

| Control #: | 17 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | C |
| Found: | Bottom plastic drawer | | |
| Description: | Seized Per Warrant   Invoices/Receipts | | |

| Control #: | 18 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | C |
| Found: | Blue according folder | | |
| Description: | Seized Per Warrant   Invoices | | |

| Control #: | 19 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | C |
| Found: | Box on floor | | |
| Description: | Seized Per Warrant   Receipts | | |

| Control #: | 20 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | C |
| Found: | Box on floor | | |
| Description: | Seized Per Warrant   Receipts | | |

| Control #: | 21 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | C |
| Found: | On the floor | | |
| Description: | Seized Per Warrant   Invoices | | |

| Control #: | 22 | Evidence Box: | 5 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | C |
| Found: | 4th drawer from top | | |
| Description: | Seized Per Warrant   Receipts | | |

| Control #: | 23 | Evidence Box: | |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | C |
| Found: | 3rd drawer from top | | |
| Description: | Seized Per Warrant   Lottery Tapes | | |

| Control #: | 24 | Evidence Box: | 5 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | C |
| Found: | 2nd drawer from top | | |
| Description: | Seized Per Warrant   Receipts | | |

| Control #: | 25 | Evidence Box: | 5 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | C |
| Found: | Top drawer | | |
| Description: | Seized Per Warrant   Receipts | | |

| | | | |
|---|---|---|---|
| **Control #:** | 26 | **Evidence Box:** | 5 |
| **Location:** | Office 1 | **Locator Code:** | C |
| **Found:** | Top drawer | | |
| **Description:** | Seized Per Warrant  Business Records | | |

| | | | |
|---|---|---|---|
| **Control #:** | 27 | **Evidence Box:** | 5 |
| **Location:** | Office 1 | **Locator Code:** | C |
| **Found:** | On Desk | | |
| **Description:** | Seized Per Warrant  Employee Shift Reports | | |

| | | | |
|---|---|---|---|
| **Control #:** | 28 | **Evidence Box:** | 0 |
| **Location:** | Office 1 | **Locator Code:** | C |
| **Found:** | On floor under desk | | |
| **Description:** | Seized Per Warrant  SANDISK CRUZER GLIDE 16GB USB Thumb Drive | | |

| | | | |
|---|---|---|---|
| **Control #:** | 29 | **Evidence Box:** | 0 |
| **Location:** | Office 1 | **Locator Code:** | C |
| **Found:** | Under desk on top of Dell Desktop | | |
| **Description:** | Seized Per Warrant  WD Elements USB External HD | | |

| | | | |
|---|---|---|---|
| **Control #:** | 30 | **Evidence Box:** | 0 |
| **Location:** | Office 1 | **Locator Code:** | C |
| **Found:** | In filing cabinet top drawer | | |
| **Description:** | Seized Per Warrant  WD 1TB HD S/N (ending) LM2J | | |

| | | | |
|---|---|---|---|
| **Control #:** | 31 | **Evidence Box:** | 0 |
| **Location:** | Office 1 | **Locator Code:** | C |
| **Found:** | In filing cabinet top drawer | | |
| **Description:** | Seized Per Warrant  WD 2TB HD S/N (ending) 2ULK | | |

| | | | |
|---|---|---|---|
| **Control #:** | 32 | **Evidence Box:** | 0 |
| **Location:** | Office 2 | **Locator Code:** | I |
| **Found:** | In office on desk | | |
| **Description:** | Seized Per Warrant  Apple AIO Computer Model A2439 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 33 | **Evidence Box:** | 0 |
| **Location:** | Store Area | **Locator Code:** | A |
| **Found:** | On cashier counter | | |
| **Description:** | Seized Per Warrant  IMAGE of HP AIO Retail System POS S/N (ending) 2DKV | | |

| | | | |
|---|---|---|---|
| **Control #:** | 34 | **Evidence Box:** | 0 |
| **Location:** | Storage 2 | **Locator Code:** | H |
| **Found:** | On top of cart | | |
| **Description:** | Seized Per Warrant  IMAGE of Panasonic Laptop S/N (ending) 6213 | | |

| Control #: | 35 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Store Area | Locator Code: | A |
| Found: | On cashier counter | | |
| Description: | Seized Per Warrant | IMAGE of Dell Desktop Computer Service Tag: 3Y30RW1 | |

| Control #: | 36 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Store Area | Locator Code: | A |
| Found: | On cashier counter | | |
| Description: | Seized Per Warrant | IMAGE of HP AIO POS S/N (ending) 4FG0 | |

| Control #: | 37 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Storage 2 | Locator Code: | H |
| Found: | On cart | | |
| Description: | Seized Per Warrant | IMAGE of LENOVO THINKCENTRE TIO Monitor w/M700 CPU inserted S/N (ending) UVNE | |

| Control #: | 38 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | C |
| Found: | Office under desk | | |
| Description: | Seized Per Warrant | IMAGE of DELL DESKTOP OPTIPLEX 9010 Service Tag 1MBBFX1 | |

| Control #: | 39 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Store Area | Locator Code: | A |
| Found: | On cashier counter | | |
| Description: | Seized Per Warrant | IMAGE of HP AIO POS System S/N (ending) 2GRR | |

| Control #: | 40 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Store Area | Locator Code: | A |
| Found: | Under cashier counter | | |
| Description: | Seized Per Warrant | IMAGE of HP Tower Computer Z620 HD0 S/N (ending) 2BTZ | |

| Control #: | 41 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Store Area | Locator Code: | A |
| Found: | Under cashier counter | | |
| Description: | Seized Per Warrant | IMAGE of HP Tower Computer Z620 HD1 S/N (ending) 2BTZ | |

A-2

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
6702 W INDIAN SCHOOL RD
PHOENIX, AZ 85033
ONE STOP DRIVE THRU LIQUOR

**Investigation Number:** 1000319397
**Starting Date and Time:** 04/13/2023 08:25 AM
**Ending Date and Time:** 04/13/2023 01:50 PM

**Report Date:** Thursday, April 13, 2023

---

**Control #:** 1
**Location:** UPSTAIRS STORAGE # 2
**Found:** Upstairs storage room
**Description:** Seized per Warrant    Invoices, receipts, employee salaries, correspondence
Paragraph 3 & 4
**Evidence Box:** 1
**Locator Code:**

---

**Control #:** 2
**Location:** UPSTAIRS STORAGE # 2
**Found:** Upstairs storage room
**Description:** Seized per Warrant    Receipts, invoices, correspondence, salaries
Paragraph 3 & 4
**Evidence Box:** 2
**Locator Code:**

---

**Control #:** 3
**Location:** UPSTAIRS STORAGE # 2
**Found:** Upstairs storage room by cabinet
**Description:** Seized per Warrant    Receipts / invoices
Paragraph 3 & 4
**Evidence Box:** 3
**Locator Code:**

---

**Control #:** 4
**Location:** UPSTAIRS STORAGE # 2
**Found:** Upstairs storage room by cabinet
**Description:** Seized per Warrant    Receipts / invoices
Paragraph 3 & 4
**Evidence Box:** 4
**Locator Code:**

---

**Control #:** 5
**Location:** UPSTAIRS STORAGE # 2
**Found:** Upstairs storage room by cabinet
**Description:** Seized per Warrant    Receipts / invoices
Paragraph 3 & 4
**Evidence Box:** 5
**Locator Code:**

---

**Control #:** 6
**Location:** UPSTAIRS STORAGE # 2
**Found:** Upstairs storage room by cabinet
**Description:** Seized per Warrant    Receipts / invoices
Paragraph 3 & 4
**Evidence Box:** 6
**Locator Code:**

| | | | |
|---|---|---|---|
| **Control #:** | 7 | **Evidence Box:** | 7 |
| **Location:** | UPSTAIRS STORAGE # 2 | **Locator Code:** | |
| **Found:** | Upstairs storage room by file cabinet | | |
| **Description:** | Seized per Warrant    Receipts, invoices, chase records<br>Paragraph 3 & 4 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 8 | **Evidence Box:** | 8 |
| **Location:** | UPSTAIRS STORAGE # 2 | **Locator Code:** | |
| **Found:** | Upstairs storage room by file cabinet | | |
| **Description:** | Seized per Warrant    Receipts, invoices<br>Paragraph 3 & 4 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 9 | **Evidence Box:** | 9 |
| **Location:** | UPSTAIRS STORAGE # 2 | **Locator Code:** | |
| **Found:** | Upstairs storage room by file cabinet | | |
| **Description:** | Seized per Warrant    Invoices, receipts<br>Paragraph 3 & 4 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 10 | **Evidence Box:** | 10 |
| **Location:** | UPSTAIRS STORAGE # 2 | **Locator Code:** | |
| **Found:** | Upstairs storage room by file cabinet | | |
| **Description:** | Seized per Warrant    Receipts, invoices<br>Paragraph 3 & 4 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 11 | **Evidence Box:** | 11 |
| **Location:** | UPSTAIRS STORAGE # 2 | **Locator Code:** | |
| **Found:** | Upstairs storage room by file cabinet | | |
| **Description:** | Seized per Warrant    Receipts, invoices<br>Paragraph 3 & 4 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 12 | **Evidence Box:** | 12 |
| **Location:** | UPSTARIS OFFICE | **Locator Code:** | |
| **Found:** | Upstairs office white filing cabinet | | |
| **Description:** | Seized per Warrant    Tax records, receipts, BSA audit file, daily deposit tags<br>Paragraph 3, 4, 10 & 11 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 13 | **Evidence Box:** | 13 |
| **Location:** | UPSTARIS OFFICE | **Locator Code:** | |
| **Found:** | Upstairs office filing cabinet, desk top | | |
| **Description:** | Seized per Warrant    Invoices, bank records, monthly receipts<br>Paragraph 15 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 14 | **Evidence Box:** | 14 |
| **Location:** | UPSTARIS OFFICE | **Locator Code:** | |
| **Found:** | Upstairs office filing cabinet, desk top | | |
| **Description:** | Seized per Warrant    Receipts, bank records info<br>Paragraph 15 | | |

| Control #: | 15 | Evidence Box: | 15 |
|---|---|---|---|
| Location: | UPSTARIS OFFICE | Locator Code: | |
| Found: | Upstairs office filing cabinet | | |
| Description: | Seized per Warrant  Daily deposit records, handwritten ledgers/ loan balances Paragraph 3, 4 & 15 | | |

| Control #: | 16 | Evidence Box: | 16 |
|---|---|---|---|
| Location: | UPSTAIRS STORAGE # 2 | Locator Code: | |
| Found: | Upstairs storage room by file cabinet | | |
| Description: | Seized per Warrant  Receipts / invoices Paragraph 3 & 4 | | |

| Control #: | 17 | Evidence Box: | 17 |
|---|---|---|---|
| Location: | UPSTAIRS STORAGE # 2 | Locator Code: | |
| Found: | Upstairs storage room | | |
| Description: | Seized per Warrant  Disbursement journal, invoices, receipts Paragraph 3 & 4 | | |

| Control #: | 18 | Evidence Box: | 18 |
|---|---|---|---|
| Location: | CASHIERS | Locator Code: | |
| Found: | Filing cabinet by money counter | | |
| Description: | Seized per Warrant  Binder of inventory, purchase records inventory Paragraph 3 & 4 | | |

| Control #: | 19 | Evidence Box: | 18 |
|---|---|---|---|
| Location: | CASHIERS | Locator Code: | |
| Found: | By staircase to upstairs storage room | | |
| Description: | Seized per Warrant  Receipts / invoices Paragraph 3 & 4 | | |

| Control #: | 20 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | UPSTARIS OFFICE | Locator Code: | |
| Found: | Upstairs office on desk | | |
| Description: | Seized per Warrant  Image of hardrive from ASUS computer s/n E3PDCG000WSP Paragraph 24 | | |

| Control #: | 21 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | CASHIERS | Locator Code: | |
| Found: | On counter | | |
| Description: | Seized per Warrant  Image of hardrive from HP computer s/n CNV6410FHR Paragraph 24 | | |

| Control #: | 22 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | CASHIERS | Locator Code: | |
| Found: | On counter | | |
| Description: | Seized per Warrant  Image of hardrive from HP computer s/n 2UA6481ZDJ | | |